**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shaun N. Doss, a minor, and Robert Daniel Doss, individually, and as the parent of and on behalf of his minor child Shaun N. Doss,<br><br>Plaintiffs,<br><br>v.<br><br>Chrysler Group, LLC, Chrysler LLC, Earnhardt's Gilbert Dodge, INC., Daimler AG, Daimler Benz AG, DaimlerChrysler AG, Cerberus Capital Management, L.P.,<br><br>Defendants. | No. CV-09-02130-PHX-DGC<br><br>**ORDER** |

On July 31, 2008, Plaintiffs Shaun and Robert Doss filed a products liability action in the Superior Court of Maricopa County. Dkt. #1 at 2. On December 7, 2009, this Court severed Defendant Cerberus and Earnhardt's Gilbert Dodge from the action, remanded the case against those two Defendants to state court, and transferred the case against Chrysler Group, Chrysler LLC, and the three Daimler Defendants to the Southern District of New York. Dkt. #30. Cerberus has filed a motion for reconsideration of the Court's decision to sever it from the action and remand the remaining case against it to state court. Dkt. #32.

**IT IS ORDERED:**

1. Plaintiffs shall file a response to Cerberus's motion for reconsideration (Dkt. #32) by **February 5, 2010**.

2. No reply shall be filed.

DATED this 22nd day of January, 2010.

_____
David G. Campbell
United States District Judge